No. 65. UNITED STATES *v.* CALLAHAN WALKER CONSTRUCTION CO. November 23, 1942.

No. 378. PORTER ET AL. *v.* COOKE ET AL. November 23, 1942.

No. 404. SHULTZ ET AL., CO-EXECUTORS, *v.* MANUFACTURERS & TRADERS TRUST CO., CO-EXECUTORS, ET AL. November 23, 1942.

No. 412. HOWELL ET AL. *v.* COUCH, DOING BUSINESS AS COUCH MANUFACTURING CO. November 23, 1942.

No. 416. BELAND *v.* UNITED STATES. November 23, 1942.

No. 24. MARINE HARBOR PROPERTIES, INC. *v.* MANUFACTURERS TRUST CO., TRUSTEE, ET AL. December 7, 1942.

No. 226. WATERMAN *v.* SOMERVELL ET AL., AGENTS, ET AL. December 7, 1942.

No. 413. CALIFORNIA EX REL. MCCOLGAN, STATE FRANCHISE TAX COMMISSIONER, *v.* BRUCE. December 7, 1942.

No. 431. H. T. POINDEXTER & SONS MERCHANDISE CO. *v.* UNITED STATES. December 7, 1942.

No. 433. TERMINAL RAILROAD ASSOCIATION *v.* MILLER, ADMINISTRATRIX. December 7, 1942.